# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 4, 2021

## NO. 03-20-00506-CV

**C. V., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order of termination signed by the trial court on November 20, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.